```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DANIEL O. KOSHY                  :      CIVIL ACTION
                                 :
       v.                        :
                                 :
OHIO NATIONAL LIFE INSURANCE     :
COMPANY                          :      NO. 08-cv-03319-JF
```

<u>ORDER</u>

AND NOW, this 12th day of May 2009, IT IS ORDERED:

1. The caption of this case is amended to reflect that the correct name of the defendant is "Ohio National Life Insurance Company."

2. Counts II, III, and IV of Plaintiff's Complaint are DISMISSED with prejudice.

3. In all other respects, defendant's Motion for Summary Judgment is DENIED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.